## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.** |
| | : | |
| **RALPH MICHAEL KARAU** | : | |
| **KATHLEEN KARAU,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about October 2, 2019, within the District of Columbia, defendants **RALPH MICHAEL KARAU and KATHLEEN KARAU**, while in the course of collecting or aiding in the collection of private debts or obligations, and being engaged in furnishing private police, investigation, or other private detective services, used in a correspondence the words "United States" and emblem of the United States Department of State, for the purpose of conveying and in a manner reasonably calculated to convey the false impression that such communication was from a department of the United States.

(**Misuse of Names, Words, Emblems, or Insignia**, in violation of Title 18, United States Code, Section 712)

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By: _____

        Christopher A. Berridge
        Assistant United States Attorney
        GA Bar No. 829103
        555 4th Street, N.W., Room 4124
        Washington, D.C. 20530
        202-252-6685
        Christopher.Berridge@usdoj.gov