UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KATHLEEN KARAU,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:22-cr-00033-CRC-2<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOSEPH KING

My name is Joseph King. I declare as follows:

1. I am over 18 years of age and competent to testify herein.

2. I am admitted to practice law in the state of Virginia. l am a member in good standing of that state's bar. I am admitted to practice before the Supreme Court of the United States, the U.S. Court of Appeals for the District of Columbia, the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Court for the Eastern District of Virginia, and the courts of the Commonwealth of Virginia.

3. I have never been disciplined by any state bar. I have not been denied admission to the courts of any state or to any federal court. I have no disciplinary proceedings or criminal matters pending against me.

4. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have another application for membership pending with the District of Columbia Bar. I have admitted pro hac vice to practice in this Court twice before.

5. I am familiar with the local rules of this District and will comply with them.

6. Attached to this declaration is a certificate of good standing from the Virginia Supreme Court.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 4th day of February, 2022.

_____
Joseph King